AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MILLING, JR., BERT W. | U.S. DISTRICT COURT - SOUTHERN | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

113 ST JOSEPH STREET
MOBILE, AL 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MILLING, JR., BERT W.** | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBVA COMPASS CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. BBVA COMPASS MONEY MARKET ACCT | A | Interest | K | T | | | | | |
| 3. PITMAN PROPERTIES, LLC - FAIRHOPE, AL | E | Distribution | J | U | | | | | |
| 4. TD AMERITRADE - BROKERAGE ACCOUNT - HAYEK KALLEN | | | | | | | | | ALL ACCOUNTS LISTED BELOW |
| 5. - A T & T INC | B | Dividend | K | T | | | | | |
| 6. - ABBOTT LABS | A | Dividend | K | T | | | | | |
| 7. - ABBVIE INC | B | Dividend | K | T | | | | | |
| 8. - ACCENTURE LTD CL A | A | Dividend | K | T | | | | | |
| 9. - ALTRIA GROUP | B | Dividend | L | T | | | | | |
| 10. - APPLE INC | A | Dividend | K | T | | | | | |
| 11. - ASTRAZENECA PLACE ADR | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 12. - BERKSHIRE HATHAWAY - CL B | | None | L | T | | | | | |
| 13. - CHEVRON CORP | B | Dividend | K | T | | | | | |
| 14. - CHINA MOBILE LTD SP ADR | B | Dividend | K | T | | | | | |
| 15. - COCA COLA | A | Dividend | K | T | | | | | |
| 16. - CONOCO PHILLIPS | A | Dividend | | | Sold | 09/25/16 | J | A | |
| 17. - EXXON MOBIL | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 19.   - ICON PLC | | None | K | T | | | | | |
| 20.   - INTEL CORP | B | Dividend | K | T | | | | | |
| 21.   - JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 22.   - MARATHON OIL | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 23.   - MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 24.   - MERCK & CO INC | A | Dividend | | | Buy | 03/24/16 | K | | |
| 25.   - MICROSOFT | B | Dividend | L | T | | | | | |
| 26.   - MOLSON COORS BREWING CL B | A | Dividend | K | T | | | | | |
| 27.   - NOVARTIS A G | A | Dividend | K | T | | | | | |
| 28.   - NOVO-NORDISK A S ADR | B | Dividend | K | T | | | | | |
| 29.   - ORACLE CORP COM | A | Dividend | K | T | | | | | |
| 30.   - PEPSICO INC CO | B | Dividend | K | T | | | | | |
| 31.   - PFIZER INC | B | Dividend | K | T | Buy (add'l) | 05/05/16 | J | | |
| 32.   - PHILLIP MORRIS | B | Dividend | K | T | | | | | |
| 33.   - QUALCOMM INC | A | Dividend | K | T | Buy (add'l) | 05/05/16 | J | | |
| 34.   - SOUTHERN COMPANY | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - STARBUCKS CORP | A | Dividend | K | T | | | | | |
| 36. - TARGET CORP COM | A | Dividend | | | Sold | 05/17/16 | K | D | |
| 37. - THERMO FISHER SCIENTIFIC | A | Dividend | L | T | Sold (part) | 07/29/16 | J | D | |
| 38. - UNION PACIFIC CORP COM | A | Dividend | K | T | Buy (add'l) | 03/24/16 | K | | |
| 39. | | | | | Sold (part) | 12/08/16 | J | B | |
| 40. - UNITED TECH CORP | A | Dividend | K | T | | | | | |
| 41. - VERIZON COMMUNICATIONS | B | Dividend | L | T | | | | | |
| 42. - VISA | A | Dividend | K | T | | | | | |
| 43. - VODAFONE | A | Dividend | | | | | | | |
| 44. - WAL-MART | A | Dividend | K | T | | | | | |
| 45. - WASTE MANAGEMENT | A | Dividend | K | T | | | | | |
| 46. - BRANDYWINE FUND | | None | K | T | | | | | |
| 47. - FRANKLIN FED TAX FREE INCOME CL | B | Dividend | L | T | Sold (part) | 03/02/16 | J | B | |
| 48. - PROFESSIONALLY MGD: OSTERWEIS FD | | None | | | Sold | 03/24/16 | K | C | |
| 49. - SEQUIOA FUND | | None | | | Sold | 04/08/16 | K | D | |
| 50. - ALASKA MUN BD BK AUTH | A | Interest | K | T | Buy | 03/17/16 | K | | |
| 51. - AMGEN INC SENIOR NOTE | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - BREVARD CNTY FLA SCH BRD | | None | K | T | Buy | 11/10/16 | K | | |
| 53.  - CHICAGO ILL G/O BONDS UNLTD 5% | A | Interest | K | T | | | | | |
| 54.  - CITIGROUP FUNDING INC SR MTN | A | Interest | | | Matured | 05/31/16 | K | A | |
| 55.  - EDGECOMBE CNTY NC LMTD OBLIG | B | Interest | K | T | | | | | |
| 56.  - EL PASO CNTY COLO SCH | B | Interest | | | Matured | 12/15/16 | K | | |
| 57.  - FOLEY ALA UTILS BRD | A | Interest | K | T | Buy | 02/01/16 | K | | |
| 58.  - HEWLETT PACKARD CO SR UNSECURED | A | Interest | J | T | | | | | |
| 59.  - INGERSOLL-RAND GLOBAL HLDG CO | B | Interest | K | T | | | | | |
| 60.  - J P MORGAN CHASE BANK NA SR UNSECURED | A | Interest | K | T | | | | | |
| 61.  - J P MORGAN CHASE BANK NA CD | A | Interest | K | T | | | | | |
| 62.  - KENTUCKY ST PPTY & BLDGS COMMN | B | Interest | K | T | | | | | |
| 63.  - LLOYDS TSB BANK PLC SR MED | B | Int./Div. | K | T | | | | | |
| 64.  - LOEWS CORP | A | Interest | | | Matured | 03/15/16 | K | | |
| 65.  - LONG ISLAND PWR AUTH N Y ELEC | A | Interest | | | Matured | 12/01/16 | K | | |
| 66.  - MICHIGAN MUNI BD AUTH REV | C | Interest | L | T | | | | | |
| 67.  - NAVIGATORS GROUP INC SENIOR | B | Interest | K | T | | | | | |
| 68.  - PLAINS EXPLORATION & PROD CO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - ROYAL BANK OF CDA BD | | None | K | T | Buy | 05/31/16 | K | | |
| 70.  - ROYAL BANK OF SCOTLAND PLC VAR | B | Interest | K | T | | | | | |
| 71.  - SOCIETE GENERALE SR UNSEC | A | Interest | K | T | | | | | |
| 72.  - TIME WARNER CABLE INC 8.25% | B | Interest | K | T | | | | | |
| 73.  - TROY ALA GO WTS | A | Interest | K | T | Buy | 01/06/16 | K | | |
| 74.  - TRUSSVILLE ALA GO WTS CALLABLE 5% | A | Interest | K | T | | | | | |
| 75.  - UNION BANK CALIF N A 18.0% | A | Interest | K | T | | | | | |
| 76.  - UNION BANK CALIF N A SAN FRAN | A | Interest | K | T | | | | | |
| 77.  - UNIVERSITY OF AL AT BIRMINGHAM | B | Interest | | | Matured | 12/01/16 | K | | |
| 78.  - UNIVERSITY CONN REV BDS | | None | K | T | Buy | 10/20/16 | K | | |
| 79.  - WELLS FARGO BK CD | | None | | | Closed | 01/02/16 | K | | |
| 80.  - WESTERN UNION NOTE MW | B | Interest | K | T | | | | | |
| 81.  - WESTERN UNION SR UNSECURED | A | Interest | K | T | | | | | |
| 82.  - CASH - HAYEK KALLEN | | None | J | T | | | | | |
| 83.  - TD BANK USA FDIC INSRD DEPOSIT | A | Interest | M | T | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ BERT W. MILLING, JR.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544